IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JAMES B. KYNES, et al.,

    Plaintiffs,

       v.

PNC MORTGAGE, et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:12-CV-4477-TWT

## ORDER

    This is an action for wrongful foreclosure.  It is before the Court on the Report and Recommendation [Doc. 16] of the Magistrate Judge recommending granting the Motions to Dismiss [Doc. 4 & 10] of Defendants McCurdy & Candler and MERS and the Motion to Dismiss and Motion for Summary Judgment [Doc. 13] of Defendant PNC Bank.  No objections to the Report and Recommendation have been filed.   The Court approves and adopts the Report and Recommendation as the judgment of the Court.  The  Motions to Dismiss [Doc. 4 & 10] of Defendants McCurdy & Candler and MERS and the Motion to Dismiss and Motion for Summary Judgment [Doc. 13] of Defendant PNC Bank are GRANTED.

SO ORDERED, this 30 day of August, 2013.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge